LEINART LAW FIRM
11520 N CENTRAL EXPRESSWAY
SUITE 212
DALLAS TX 75243

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In Re: | Case #:  10-30538-HDH-13 |
| DAMION CARL PHILLIPS | Hearing Date: 04/28/2011 |
| Debtor(s) | |

### Notice of Hearing on Debtor(s)' Objection to Claim

To:  All parties in interest

Accompanying the Notice are copies of the "Debtor's Objection to Claim"

A pre-hearing conference with the Chapter 13 Trustee concerning the accompanying pleading will be held at 8:30 a.m. on 04/28/2011 at 125 E. John Carpenter Freeway, Suite #1100, The Eleventh Floor, Irving, Texas 75062.

Any objection to the accompanying pleading not resolved or defaulted at the Trustee's Pre-Hearing conference will be heard by the Court at 2:00 p.m. on the same day at: 1100 Commerce Street, Fourteenth Floor, Dallas, Texas.

TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE IN WRITING, FILED WITH THE COURT AND A COPY SERVED ON ANY AFFECTED PARTY AND THE PARTIES LISTED BELOW.

FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGEMENT SHALL BE ENTERED BY DEFAULT, UNLESS OTHERWISE ORDERED BY THE COURT.

**Debtor:**  DAMION CARL PHILLIPS, 4001 ALDENHAM DR, GARLAND TX, 75043
**Attorney:**  LEINART LAW FIRM, 11520 N CENTRAL EXPRESSWAY, SUITE 212, DALLAS TX, 75243
**Trustee:**  125 E. John Carpenter Freeway, Suite #1100, Irving, Texas 75062
**Court:**  Clerk's Office, US Bankruptcy Court, 1100 Commerce Street, 12th Floor, Dallas, Texas 75202

/s/
_____

Marcus Leinart/State Bar # 00794156
Richard Anderson/State Bar # 24045408

**LEINART LAW FIRM**

11520 N CENTRAL EXPRESSWAY

SUITE 212

DALLAS TX 75243

In Re:                                                                                   Case # 10-30538-HDH-13

DAMION CARL PHILLIPS
    Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

Debtor's Objection to Claim

Debtor(s) hereby object to the following claim for the reason(s) indicated in Column 7. The claim should be ALLOWED/DISALLOWED as indicated in Column 4 for the amount and class indicated in Columns 5 and 6 respectively.

| 1. Court Clm # | 2. Creditor Name | 3. Claim Amt | 4. Allow/Disallow | 5. Amount | 6. Class | 7. Reason(s) (see code below) | 8. Trustee Clm # |
|---|---|---|---|---|---|---|---|
| 0009 | HSBC BANK NEVADA NA | $ 1,674.22 | Allow | $ 1,674.22 | Unsecured | R-O-12 | 0007 |

Code "Reason(s) for Claim Objection

R-O-12        Debtor asserts that the claim is being OR has been paid outside the plan and should be ALLOWED as Paid Direct.

Respectfully submitted,

/s/
_____

Marcus Leinart/State Bar #00794156
Richard Anderson/State Bar #24045408

**Case #**    10-30538-HDH-13
**Debtor(s)** DAMION CARL PHILLIPS

## Certificate of Service

I hereby certify that a copy of the above "Debtor's Objection to Claim" and Notice of Hearing on Debtor's Objection to Claim" was served on or before 03/26/2011 on the parties named below by United States First Class Mail, postage pre-paid or via electronic notice.

**Debtors:**    DAMION CARL PHILLIPS, 4001 ALDENHAM DR, GARLAND TX, 75043
**Trustee:**    125 E. John Carpenter Freeway, Suite #1100, Irving, Texs 75062
**Creditors:**

   HSBC BANK NEVADA NA, BASS AND ASSOCIATES PC, 3936 E FT LOWELL SUITE 200, TUCSON AZ, 85712
   FIFTH THIRD BANK, PO BOX 829009, DALLAS TX, 75382-9009
   HSBC BANK NEVADA NA, BASS AND ASSOCIATES PC, 3936 E FT LOWELL RD STE 200, TUCSON AZ, 85712
   COUNTY OF DALLAS, CO LINEBARGER GOGGAN BLAIR, 2323 BRYAN STREET SUITE 1600, DALLAS TX, 75201-2644
   GE MONEY BANK, CO RECOVERY MANAGEMENT SYSTEMS, 25 SE 2ND AVE SUITE 1120, MIAMI FL, 33131-1605
   BASSEL AND WILCOX PLLC, PO BOX 11509, FORT WORTH TX, 76110-0509

By: /S/
_____
Marcus Leinart/State Bar # 00794156
Richard Anderson/State Bar # 24045408