U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

*Harlin DeWayne Hale*

**United States Bankruptcy Judge**

**Signed May 06, 2011**

---

```
LEINART LAW FIRM
11520 N CENTRAL EXPRESSWAY
SUITE 212
DALLAS TX 75243



                    IN THE UNITED STATES BANKRUPTCY COURT
                      FOR THE NORTHERN DISTRICT OF TEXAS
                               DALLAS DIVISION


In Re:                                          Case No. 10-30538-HDH-13
     DAMION CARL PHILLIPS
           Debtor(s)
```

## ORDER ON DEBTOR'S OBJECTION TO CLAIM

```
At Dallas in said District:


     On this day came on for hearing the Debtor's Objection to Claim of Creditor
HSBC BANK NEVADA NA dated March 8, 2011 ("Objection"), and any responses
filed thereto.

After considering the pleadings, the evidence and stipulations, if any, and the
argument of counsel, the Court finds that the following order should be entered:




                                             Pacer Clm # 0009 /TT Clm # 0007
```

Order on Debtor Objection to Claim Page 2 of 2
10-30538-HDH-13
DAMION CARL PHILLIPS

**IT IS FURTHER ORDERED** that the claim of HSBC BANK NEVADA NA is hereby **ALLOWED** or **DISALLOWED** as shown therein in the Debtor Objection to Claim at Column 4 except as follows:

| Creditor Name | Claim Amount | Allow/ Disallow | Amount | Class | Allow Disallow | Amount | Class |
|---|---|---|---|---|---|---|---|

No changes

### End of Order ###

Approved by:   /s/ Thomas D. Powers
_____
Thomas D. Powers/Trustee/ State Bar #16218700